UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK JOHN DONNELLY,

            Plaintiff,

v.

SNOHOMISH COUNTY CORRECTIONS, *et al.*,

            Defendants.

Case No. C14-1054-MJP

ORDER GRANTING MOTION TO DISMISS

The Court, having reviewed plaintiff's complaint, defendants' motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 16) is GRANTED. Plaintiff's complaint (Dkt. 4) and this action are DISMISSED without prejudice; and

(3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 2 day of February, 2015.

MARSHA J. PECHMAN
Chief United States District Judge

ORDER GRANTING MOTION
TO DISMISS - 1